PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOHN G. VECCHIO, ) | |
| ) | CASE NO. 5:16CV0751 |
| Plaintiff, ) | |
| ) | JUDGE BENITA Y. PEARSON |
| v. ) | |
| ) | |
| NANCY A. BERRYHILL,¹ ) | |
| ACTING COMMISSIONER OF ) | |
| SOCIAL SECURITY ) | **MEMORANDUM OF OPINION** |
| ) | **AND ORDER RE: AFFIRMING** |
| Defendant. ) | **COMMISSIONER'S DECISION** |

An Administrative Law Judge ("ALJ") denied Plaintiff John G. Vecchio's application for disability insurance benefits ("DIB") after a hearing in the above-captioned case. That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied the request to review the ALJ's decision. The claimant sought judicial review of the Commissioner's decision, and this Court referred the case to Magistrate Judge James R. Knepp II for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1). On April 28, 2017, the magistrate judge submitted a Report and Recommendation (ECF No. 18) recommending that the Court affirm the Commissioner's decision as supported by substantial evidence.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be

---

¹ Carolyn W. Colvin was the original Defendant. She was sued in an official capacity as a public officer. On January 23, 2017, Nancy A. Berryhill became the Acting Commissioner of Social Security. Pursuant to Fed. R. Civ. P. 25(d), Berryhill's name has been automatically substituted as a party.

(1:16CV1905)

filed within 14 days after service. Neither party has filed objections, evidencing satisfaction with the magistrate judge's recommendations.[2] Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services,* 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted. The decision of the Commissioner of Social Security is affirmed. Judgment will be entered in favor of Defendant.

IT IS SO ORDERED.

  June 19, 2017                                    */s/ Benita Y. Pearson*
Date                                                             Benita Y. Pearson
                                                                 United States District Judge

---

[2] Plaintiff filed a Motion for Extension of Time to File Objections to the Report and Recommendation (ECF No. 19). The motion was granted until June 12, 2017. *See* Non-document Order entered on May 4, 2017.